**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Clinton Deon SCARLETT,
Defendant–Appellant.**

**No. 12–13949.**

United States Court of Appeals,
Eleventh Circuit.

April 18, 2013.

Wifredo A. Ferrer, William C. Healy, Carol Herman, Susan R. Osborne, Kath-

leen Mary Salyer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Tracy Michele Dreispul, Sowmya Bharathi, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Before DUBINA, Chief Judge, BARKETT and KLEINFELD,* Circuit Judges.

PER CURIAM:

Clinton Deon Scarlett appeals the district court's denial of his motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 750 to the Sentencing Guidelines, following his conviction for maintaining a drug-involved premise in violation of 21 U.S.C. § 856(a)(1). Because of the lack of clarity in the record, we vacate Scarlett's original sentence and remand to the district court to resentence in accordance with Amendment 750.

**VACATED and REMANDED.**